# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**  Telephone: (518) 449-2043    For payments Only:
**Trustee**                Facsimile: (518) 449-2473    P.O Box 1918
**Bonnie Baker, Esq.**                                  Memphis, TN 38101-1918
**Assoc. Attorney**

May 23, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:  02-13067        Arnold & Theresa Sargick

To Whom It May Concern:

Enclosed please find check #922656 in the amount of $994.27. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

|            |                                                      |
|------------|------------------------------------------------------|
| Claim No.  | 15                                                   |
| Account#   | 167767                                               |
| Creditor   | Citifinancial<br>1892 Central Ave.<br>Albany, NY 12212 |

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

FILED
MAY 24 2011
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY